IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAFFIE JONES | FILED | CIVIL ACTION |
| v. | DEC 3 0 2013 | |
| FLASTER/GREENBERG P.C. | MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk | NO. 13-2771 |

### ORDER

AND NOW, this 30th day of December, 2013, upon consideration of Defendant's Motion to Dismiss (Docket No. 6), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Count III of the Complaint and that Count is **DISMISSED**.

2. The Motion is **DENIED** as to Counts I and II of the Complaint.

3. Defendant's Motion for Leave to File a Reply Brief (Docket No. 12) is **GRANTED**. The Clerk shall enter the Reply Brief attached as Exhibit A to the Motion on the docket of this action.

BY THE COURT:

_____
John R. Padova, J.